IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY WEDGEWORTH, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:10cv184-WHA ) |
| RESULT MATRIX, INC., et al., | ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Plaintiffs' Motions to Dismiss (Docs. #78 and 79), filed on August 26, 2010, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to Dismiss Defendant Professional Debt Mediation, Inc. (Doc. #78) is GRANTED, and this Defendant is DISMISSED with prejudice, the parties to bear their own costs, fees and expenses.

2. Plaintiffs' Motion to Dismiss Defendant Result Matrix, Inc. (Doc. #79) is GRANTED, and this Defendant is DISMISSED with prejudice, the parties to bear their own costs, fees and expenses.

3. There being no Defendants remaining in this case, the clerk is DIRECTED to close the file.

DONE this 27th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE